**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:17-CR-077-MOC-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHAD WADE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion For Access To Documents Filed *Ex Parte*" (Document No. 14) filed May 31, 2017. Having carefully considered the motion and the record, and noting that Defendant's *ex parte* motion is <u>not</u> a "motion for competency hearing" as the Government asserts in its motion, the undersigned will <u>deny</u> the motion without prejudice.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion For Access To Documents Filed *Ex Parte*" (Document No. 14) is hereby **DENIED WITHOUT PREJUDICE.** If future developments warrant, the Government may bring its motion again.

**SO ORDERED**.

Signed: June 1, 2017

David C. Keesler
United States Magistrate Judge