UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cr-77

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **CHAD RODREGUS WADE,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se motion for sentence reduction pursuant to 18 U.S.C.§ 3582. (Doc. Nos. 38, 39).

Having reviewed Defendant's motion, the Court finds that a response from the Government is needed to fully consider its merits. Thus, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion for sentence reduction within **30 days** of the entry of this order.

Signed: March 13, 2024

Max O. Cogburn Jr
United States District Judge

1